# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HALLIE MANNETTE B.,

    Plaintiff(s),

v.

CAROLYN COLVIN,

    Defendant(s).

Case No. 2:24-cv-02010-NJK

**Order**

In light of Plaintiff's payment of the filing fee, Docket No. 12, the Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket.

IT IS SO ORDERED.

Dated: January 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1